IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| COLTON CARICO, | § |
| Plaintiff | § § § |
| v. | §  CIVIL ACTION NO. 5:22-CV-00095-RWS |
| DEREK BRISTOW, | § § |
| Defendant. | § § |

# FINAL JUDGMENT

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that Plaintiff's claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 14th day of March, 2024.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE